FILED

11/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0206

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0206

_____

IN THE MATTER OF THE ESTATE OF

GERRY WILLIAMS, same person as GERALD
MARCUS WILLIAMS, same person as GERRY          O R D E R
M. WILLIAMS,

    Deceased.

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2022